IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAMS BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:04 cv 304 GPM |
| ) | |
| CR ENGLAND AND SONS, INC. and ) | |
| LEONARD RAY KARNES, ) | |
| ) | |
| Defendants. ) | |

## ORDER REGARDING DISCOVERY

**WILKERSON, Magistrate Judge**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes which cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party seeking the discovery shall be responsible for arranging for a prompt telephonic conference call with the Court and opposing counsel, by first contacting Robin Butler, Judge Wilkerson's courtroom deputy, at 618-482-9376. If the dispute involves written discovery, the disputed portion(s) shall be faxed to the Court prior to the telephonic conference at 618-482-9277.  Motions to Compel discovery and/or for appropriate sanctions shall be presented orally at the telephonic conference.  Written motions to compel or legal memoranda will <u>not</u> be accepted unless specifically requested by the Court.  Expense of the call will be borne by the non-prevailing party.  The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html, for additional and specific procedures regarding discovery disputes.

**DATED: May 13, 2005**

                <u>**s/ Donald G. Wilkerson**</u>
                **DONALD G. WILKERSON**
                **UNITED STATES MAGISTRATE JUDGE**